STATE OF NEW YORK   UNITED STATES DISTRICT COURT SOUTHERN DISTRICT

DOCUMENTS SERVED WITH INDEX#: 07CIV.6697    AND FILED ON    7/25/2007

| | |
|---|---|
| MARK A. TORNELLO | Plaintiff(s)/Petitioner(s) |
| Vs. | |
| COUNTY OF WESTCHESTER | Defendant(s)/Respondent(s) |

STATE OF: NEW YORK         )
                                         ) SS
COUNTY OF WESTCHESTER  )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On 7/30/2007 at 2:25PM, deponent did serve the within process as follows:

Process Served: SUMMONS AND COMPLAINT AND ELECTRONIC FILING

Party Served: COUNTY OF WESTCHESTER    (herein called recipient) therein named.

At Location: 148 MARTINE AVENUE, ROOM 600
WHITE PLAINS NY 10601

By delivering to and leaving with DONNA DIXON and that deponent knew the person so served to be the CLERK of the corporation and authorized to accept service.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

Sex: FM    Color of Skin: BLACK    Color of Hair: BLACK
Age: 40/45    Height: 5'6"
Weight: 275    Other Features:

Sworn to before me on 7/31/2007

_____    _____
                                                        John Axelrod
                                                        Server's License#:

2010