Westchester
gov.com

MEMO ENDORSED

Andrew J. Spano
County Executive

Office of the County Attorney

Charlene M. Indelicato
County Attorney

November 15, 2007

Honorable Charles L. Brient
United State District Judge
United States Courthouse
300 Quarropas St., Room 633
White Plains, NY 10601

Re: Mark Tornello v. County of Westchester
    07 Civ. 6697 (CLB)

Dear Judge Brient:

As you are aware this Office represents the County of Westchester in the above-referenced matter. On October 29, 2007, the County filed its motion to dismiss Plaintiff's complaint, pursuant to 12(b)(6) of the Federal Rules of Civil Procedure. On November 12, 2007, Plaintiff filed its Opposition to the County's Motion, based almost completely upon a First Amended Complaint. On November 13, 2007, Plaintiff filed the First Amended Complaint.

As the First Amended Complaint nullifies the Complaint upon which Defendant based its motion to dismiss, the parties have agreed that Defendant will withdraw its pending motion to dismiss, without prejudice to move to dismiss the First Amended Complaint. Therefore, the parties have agreed and propose to the Court the following schedule: County's time to move or answer is December 28, 2007; should Defendant move to dismiss, Plaintiff's Opposition, if any, is January 11, 2008; and County's Reply is January 25, 2008. In light of the aforementioned, the parties respectfully request that the December 7, 2007 conference for oral arguments be adjourned to a new date.

[Handwritten marginalia: "Application granted / SO ORDERED / Charles L. Brient USDJ / November 16, 2007 / White Plains, NY"]

Michaelian Office Building
148 Martine Avenue, 6th Floor
White Plains, New York 10601   Telephone (914) 995-2690   Website: www.westchestergov.com

Please contact me at 914-995-5103, should Your Honor have any questions. Thank you in advance for your courtesies.

Very truly yours,

CHARLENE M. INDELICATO
County Attorney
Attorney for County Defendants

By: Christie L. Magno (CLM 1415)
Assistant County Attorney
of Counsel
Michaelian Office Building
148 Martine Avenue, Room 600
White Plains, New York 10601
(914) 995-5103

cc: Via Regular Mail and Facsimile 914-428-8916
Jonathan Lovett, Esq.
Lovett and Gould, LLP
222 Bloomingdale Road
White Plains, NY 10605