

Andrew J. Spano
County Executive

Office of the County Attorney

Charlene M. Indelicato
County Attorney

December 31, 2007

To Whom It May Concern:

    This statement confirms that the defendant County of Westchester attempted to file the motion to dismiss the amended complaint on Friday December 28, 2007 however the ECF website was unavailable. Attached please find the notice from the website confirming that the system was unavailable.

                                 Very truly yours,

                                   Christie L. Magno
                                   (CLM 1415)

## News and Events

**Notice to the Bar**

**December 28, 2007**

The Electronic Case Filing (ECF) System is temporarily unavailable due to unexpected technical difficulties.

**December 19, 2007**

This Court will observe December 24th, December 25th, December 31st and January 1st as holidays and will be closed.

**August 29, 2007**

Proposed Amendments To FRCP - Comment Period Ends 2/15/2008.

**May 30, 2007**

Having trouble viewing a PDF document or form? Try these Technical Tips & Other Resources.

500 Pearl Street, New York, New York 10007-1312 • 300 Quarropas Street, White Plains, New York 10601-4150