UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
MARK A. TORNELLO,

        Plaintiff,

    -against-

COUNTY OF WESTCHESTER,

        Defendant.
----------------------------------------X

07 Civ. 06697 (CLB) (GAY)
JUDGMENT

    Whereas the above entitled action having been assigned to the Honorable Charles L. Brieant, U.S.D.J., and the Court thereafter on April 29, 2008, having handed down the endorsed Report and Recommendation (docket #22) of Hon. Magistrate George A. Yanthis, U.S.M.J., adopting the Report and Recommendation (docket #21) as the decision of the Court, receiving no objections within the time allowed, dismissing without prejudice the claims asserted under state law, and the Court declining further supplemental jurisdiction, it is,

    **ORDERED, ADJUDGED AND DECREED:** that the Report and Recommendation of Hon. Magistrate Judge George A. Yanthis, U.S.M.J., is adopted as the decision of the Court, no objections were received within the time allowed, claims asserted under state law are dismissed without prejudice, and the Court declines further supplemental jurisdiction, the case is hereby closed.

DATED: White Plains, New York
       April 29, 2008

J. Michael McMahon-Clerk of Court

